IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEVEN F. BREWSTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00536-O |
| | § | |
| AMERICAN MENSA LTD., et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 21). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendants' 12(b)(1) and 12(b)(6) Motion (ECF No. 12), **DISMISSES** this action without prejudice, and **DENIES** Plaintiff's Motions for Judgment on the Pleadings (ECF Nos. 17 and 18) as **MOOT**.

**SO ORDERED** on this **13th** day of **November, 2018**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1